IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JULIE STOUT                                                                                              PLAINTIFF

V.                                            NO. 09-5089

MICHAEL ASTRUE,
Commissioner of Social Security                                                        DEFENDANT

**J U D G M E N T**

      Now on this 4th day of May, 2010, comes on for consideration the Report and Recommendation dated April 13, 2010, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.  The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety.  Accordingly, the Court hereby adopts the Report and Recommendation;  affirms the decision of the Administrative Law Judge; and dismisses Plaintiff's complaint with prejudice.

      IT IS SO ORDERED.

                                                /s/ Jimm Larry Hendren
                                        HON. JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE